In the Matter of the Application of LOUIS MARKS, Respondent, for a Peremptory Mandamus Order to Compel EDWARD GOMBERT and Others, as Fire Commissioners of the Roosevelt Fire District, Nassau County, New York, Appellants, to Reinstate Said LOUIS MARKS as a Member and Captain of Roosevelt Hose Company, No. 1, of the Roosevelt Fire District, Nassau County, New York.*— Order annulling resolution of the board of fire commissioners, expelling petitioner as a member of the fire department of the village of Roosevelt, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We are of opinion that the rules of the fire department, adopted by the board of fire commissioners pursuant to the Village Law (§ 200, subd. 5)* did not require a notice of the charges or a hearing thereon. Said rule reserved in the board the power to remove a member at any time when in its opinion it is for the best interests of the fire department. Discretion was, therefore, lodged in the board of fire commissioners. Lazansky, P. J., Kapper and Hagarty, JJ., concur; Seeger and Scudder, JJ., dissent upon the ground that the rule adopted did not comply with the spirit and intent of the statute. (*Cabana* v. *Holstein-Friesian Association*, 112 Misc. 262; 196 App. Div. 842; affd., 233 N. Y. 644.)

In the Matter of the Application of THE MORGAN DRUG COMPANY, Appellant, for an Order Compelling THE KELLS COMPANY, Respondent, to Submit to Arbitration.— Order denying, on reargument, motion for a stay and to compel arbitration affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

In the Matter of Proceedings Supplementary to an Execution under a Judgment in Favor of VINCENZO C. PARADISO, Appellant, v. FILOMENA CRESCENZA, Respondent.— Order opening default, in so far as appealed from, modified so as to provide for the payment of thirty dollars costs to be deducted from the judgment, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur. Settle order on notice; date of examination of judgment debtor to be fixed in the order.

JAKOB JOHANSEN, as Administrator, etc., of OSCAR OLSEN, Deceased, Appellant, v. TEBO YACHT BASIN COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

RAFFAELE LENZI, Respondent, v. JOHN RAGONETTI and ROSARIA RAGONETTI, Appellants, and Others, Defendants.— Interlocutory judgment, as resettled, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

MINNIE LIDDELL, Appellant, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Order dismissing complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

* Affd., 251 N. Y. ——. † Since amd. by Laws of 1927, chap. 650.— [REP.